ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 16 2009

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:09-CR-202-M (01) |
| | ) | |
| CECILIO BUSTAMANTE CASTILLO | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

CECILIO BUSTAMANTE CASTILLO, by consent, under authority of United States v. Dees,
125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has
entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining CECILIO
BUSTAMANTE CASTILLO under oath concerning each of the subjects mentioned in Rule 11, I
determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is
supported by an independent basis in fact containing each of the essential elements of such offense.
I therefore recommend that the plea of guilty be accepted, and that CECILIO BUSTAMANTE
CASTILLO be adjudged guilty and have sentence imposed accordingly.

Date:   October 13, 2009

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).